[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 18-11244
Non-Argument Calendar

————————————————

D.C. Docket No. 4:13-cr-00041-RH-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO ANTWAN BISHOP,
a.k.a. Godfather,
a.k.a. Sugar Bear,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Florida

————————————————

(February 6, 2019)

Before TJOFLAT, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Donna Duncan, appointed counsel for Pedro Bishop in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bishop's convictions and sentences are **AFFIRMED**.